UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SCOTT CRAWFORD, | CASE NO. C25-1654JLR |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the court is *pro se* Petitioner Christopher Crawford's letter requesting (1) vacatur of any court order on his motion to vacate his sentence, and (2) reconsideration of the court's December 8, 2025 order denying his motion for abeyance. (*See* Letter (Dkt. # 14) at 4; *see also* Mot. to Vacate (Dkt. # 1); 12/08/25 Order (Dkt. # 11); Mot. for Abeyance (Dkt. # 10).) The court has not entered an order on his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (*See generally* Dkt.) Thus, Mr. Crawford's request for vacatur of such an order is DENIED as

ORDER - 1

moot.  The court construes Mr. Crawford's letter requesting that the court revisit and grant his motion for abeyance seeking a stay of 180-days as a second motion for abeyance.  (*See generally* Letter.)  Having considered Mr. Crawford's request, the relevant portions of the record, and the applicable law, the court DENIES his second motion for abeyance.

On December 8, 2025, the court issued an order (1) granting Mr. Crawford's request for an extension of the deadline to file a reply in support of his motion to vacate, and (2) denying his motion for abeyance seeking a stay for at least 180-days.  (*See* 12/08/25 Order at 1.)  Mr. Crawford was ordered to file his reply to the Respondents' response by January 7, 2026.  (*Id*. at 4.)  Mr. Crawford represents that, at the time that the court's December 8, 2025 Order was issued, he was in transit between facilities and received late notice of the court's January 7, 2026 deadline to reply to Respondents' response.  (*See* Letter at 1.)  Mr. Crawford asserts that he is still in transit and was told by the Bureau of Prisons staff that "it will be 2-3 months before a bed opens up" at the Federal Correctional Institution in Colorado and he receives his property.  (*Id*. at 3-4.)

//

//

//

//

//

//

//

ORDER - 2

Because the timeline for the finalization of Mr. Crawford's transfer is still unclear, the court ORDERS the following:

1.      Mr. Crawford's second motion for abeyance (Dkt. # 14) is DENIED.

2.      Mr. Crawford's January 7, 2026 extension deadline to file his reply to the Respondent's response to his § 2255 motion is VACATED and will be reinstated at a later date pending the court's inquiry into the timeline for Mr. Crawford's transfer, and receipt of his property.

Dated this 22nd day of January, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3