UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SCOTT CRAWFORD, | CASE NO. C25-1654JLR |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On December 8, 2025, the court issued an order (1) granting *pro se* Petitioner Christopher Crawford's request for an extension of the deadline to file a reply in support of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255; and (2) denying his motion for abeyance seeking a stay for at least 180 days. (*See* 12/08/25 Order (Dkt. # 11) at 1.) The court ordered Mr. Crawford to file his reply by January 7, 2026. (*Id*. at 4.) On January 16, 2026, Mr. Crawford filed a letter stating he was in transit between facilities and requesting reconsideration of the court's December 8, 2025

ORDER - 1

order denying his motion for abeyance, which the court construed as a second motion for abeyance. (*See* Letter (Dkt. # 14) at 4; *see also* 1/22/26 Order (Dkt. # 15).) Mr. Crawford represented that Bureau of Prisons staff told him that it would be two or three months before he was transferred to the Federal Correctional Institution in Colorado and received his property. (*See* Letter at 3-4; 1/22/26 Order at 2.) On January 22, 2026, because the timeline for the finalization of Mr. Crawford's transfer was still unclear, the court (1) denied his second motion for abeyance and (2) vacated the January 7 deadline to file his reply. (1/22/26 Order at 3.) The court stated that the deadline would be reinstated at a later date pending the court's inquiry into the timeline for Mr. Crawford's transfer, and receipt of his property. (*Id.*)

The court has been informed that Mr. Crawford was transferred to the Federal Correctional Institution in Colorado on January 21, 2026 and that he received his property on February 6, 2026. Accordingly, the court ORDERS the following:

1.      Mr. Crawford shall file his reply to the Government's response to his § 2255 motion no later than **March 12, 2026**; and

2.      The Clerk is DIRECTED to renote Mr. Crawford's § 2255 motion (Dkt. # 1) for March 12, 2026.

Dated this 10th day of February, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2