The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SCOTT CRAWFORD, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | NO. C25-01654 JLR ORDER GRANTING MOTION TO SEAL EXHIBITS TO UNITED STATES' SUPPLEMENTAL RESPONSE TO DEFENDANT-PETITIONER'S MOTION TO VACATE |

This matter has come before the Court on the Motion to Seal Exhibits to the United States' Supplemental Response to Defendant-Petitioner's Motion to Vacate. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibits to the United States' Supplemental Response to Defendant-Petitioner's Motion to Vacate, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order
*United States v. Crawford,* C25-01654 JLR

- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the Exhibits to the United States' Supplemental Response to Defendant-Petitioner's Motion to Vacate, be filed under seal.

DATED this **10**ᵗʰ day of March, 2025.

JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Cecelia Gregson*
CECEILIA GREGSON
Assistant United States Attorney

Sealing Order                                                    - 2                        UNITED STATES ATTORNEY
*United States v. Crawford,* C25-01654 JLR                                            700 STEWART STREET, SUITE 5220
                                                                                      SEATTLE, WASHINGTON 98101
                                                                                            (206) 553-7970